JOEL J. KITTRELL #9071  
The Kittrell Law Firm  
Attorney for Defendant  
15 W. South Temple, Ste. 1650  
Salt Lake City, UT 84101  
Telephone: 385-444-3100  
Fax: 385-444-3101  
Email:  joel@kittrelllaw.com

*Attorney for Gabriel Seth Elstein*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL SETH ELSTEIN,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:18-CR-00099-CW-1<br><br>Judge |
|---|---|

Notice is hereby given that Joel J. Kittrell enters his appearance as counsel of record in the above-entitled matter on behalf of the defendant.

DATED this 30th day of August, 2022.

/s/ *Joel Kittrell*  
_____  
JOEL KITTRELL  
*Attorney for Defendant Elstein*

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

United States Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84111
ECF filing

                                  */s/ Veronica Alvarado*