TRINA A. HIGGINS, United States Attorney (#7226)
CY H. CASTLE, Assistant United States Attorney (#4808)
SIRENA MILLER WISSLER, Assistant United States Attorney (#55374MO)
JOEL A. FERRE, Assistant United States Attorney (#7517)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 •
Salt Lake City, Utah 84111
Telephone:  (801) 325-3285

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | POSITION OF UNITED STATES REGRADING SENTENCING FACTORS |
| Plaintiff, | : | |
| vs. | : | Case No. 2:18cr99 |
| ANGELA CHRISTINA ELSTEIN, et al., | : | Judge Clark Waddoups |
| | : | Magistrate Judge Dustin B. Pead |
| Defendants. | : | |

---

The United States, through its attorneys, Cy H. Castle, pursuant to DUCrimR 32-1(b), states that it has no objection to the calculation of the sentencing factors as described in the Presentence Report for Angela Elstein.

Dated this 13th day of January, 2024.

                                        TRINA A. HIGGNS
                                        United States Attorney
                                        */s/ Cy H. Castle*

                                        _____
                                        Cy H. Castle
                                        Assistant United States Attorney