TRINA A. HIGGINS, United States Attorney (#7349)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL SETH ELSTEIN, ET AL.,<br><br>Defendants. | Case No. 2:18-CR-00099<br><br>**AMENDED NOTICE OF CONVENTIONAL FILING**<br><br>Judge Clark Waddoups |

The United States of America, by and through the undersigned Assistant United Attorney, gives notice that a thumb drive containing 9 .wav audio files; 2 .xlsx files; and 37 .pdf files was conventionally filed with the United States District Court for the District of Utah, Office of the Clerk.

DATED this 31st day of October, 2024.

        TRINA A. HIGGINS
        United States Attorney


        */s/ Cy H. Castle*
        CY H. CASTLE
        Assistant United States Attorney